**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Christopher Graham
(Enter above the full name of the plaintiff in this action)

**COMPLAINT**

v.

Civil Action No. 11-7326 (WJM)
(To be supplied by the Clerk of the Court)

Jersey City P.D. Sgt. timmins

Lt. Latella Capt. Delaney Sgt Glenn

P.O. wall D.M. p.o. Bove G.

RECEIVED
DEC 14 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

(Enter above the full name of the defendant or defendants in this action)

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $350.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

DNJ-ProSe-006-Rev 5/09

## CIVIL RIGHTS COMPLAINT

6. If you cannot prepay the $350.00 filing fee, you may request permission to proceed <u>in forma pauperis</u> in accordance with the procedures set forth in the application to proceed <u>in forma pauperis</u>. See 28 U.S.C. § 1915. **(If there is more than one plaintiff, <u>each</u> <u>plaintiff</u> must separately request permission to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.)**

7. If you are given permission to proceed <u>in forma pauperis</u>, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them <u>in full</u> and return the forms to the Marshal.

### QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

   \_\_\_\_ 42 U.S.C. § 1983 (applies to state prisoners)

   \_\_\_\_ <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

*Hudson County Correctional Center*

1b. Indicate whether you are a prisoner or other confined person as follows:

   ✓ Pretrial detainee
   \_\_\_\_ Civilly-committed detainee
   \_\_\_\_ Immigration detainee
   \_\_\_\_ Convicted and sentenced state prisoner
   \_\_\_\_ Convicted and sentenced federal prisoner
   \_\_\_\_ Other: (please explain) _____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding <u>in forma pauperis</u>, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied <u>in forma pauperis</u> status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b. Court and docket number: _____

a. Grounds for dismissal: ( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? H.C.C.C Hudson County Correctional Center

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a. Name of plaintiff: Christopher Graham

Address: 35 Hackensack ave Kearny, N.J. 07032

Inmate #: 250824

b. First defendant – name: Jersey city P.D.

Official position: Police department

Place of employment: Jersey city N.J.

name: Sgt. timmins                                          11-7326 (WJM)
Official position: Police Officer
Place of employment: Jersey city Police dept.

along with onereus P.O. broke down my door and Search my apartment Charge with itens they didn't Find in my apartment, didn't announce there selves or there Purpose, didn't have a Search or arrest warrant and all this while I was naked in bed under arrest in handcuffs

| | | |
|---|---|---|
| name: Lt. Latella | Sgt. Glenn | ~~P.O. Bove G.~~ |
| Official position: Police Officer | P.O. | ~~P.O.~~ |
| Place of employment: Jersey city P.D. | J.C.P.D | ~~JC.P.D.~~ |
| reason: Same as above | Same as above | ~~Same as above~~ |
| name: Capt. Delaney | P.O. Wall D.M | |
| O.P.: Police Officer | P.O. | |
| P.O.E.: Jersey city P.D. | JC.P.D. | |
| reason: Same as above | Same as above | |

## CIVIL RIGHTS COMPLAINT

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

broke down my door Search my apartment and arrested me with out a warrant of arrest or Search and they Further injured my broking knee all this while I was naked in bed And Handcuffed they didn't announce there selves or there Purpose

c. Second defendant -- name: P.O. Bove G

Official position: Police officer

Place of employment: Jersey city Police department

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

along with onerous P.O. broke down my door and Search my Home open my window whent out on the Fire escape and brung illegal items Into my Home apartment and Charge me with them, all this while I was naked in bed Handcuffed and without a warrant of arrest or Search and they didn't announce there selves, Please Purpose

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

___ Yes   ✓ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

If your answer is "No," briefly explain why administrative remedies were not exhausted.

this is my only remedy for this action

6. **Statement of Claims**

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

date: 8/7/11 around 7:00 place: was my apartment Facts: didn't have a search or arrest warrant, charge me with items they didn't find in my apart., arrested me while I was naked in bed, broke down my door, search my apart., didn't announce there selves or there purpose. all the defendences are guilty of these violations. P.O. Bove G. brung illegal items into my apart. and charge me with them, along with everything I stated above. Plus they broke down my door at night. Lt. Latella, Sgt. Glenn, Sgt. Timmins, Capt. Delaney, and P.O. Wall D.M. are guilty of the violations I stated above

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want a million dollars in punitive damages and those involved to be Sanction For these violations

8. Do you request a jury or non-jury trial? (Check only one)

( ✓ ) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___Fri___ day of ___Dec. 09___, 200_11_.

*Chas osraha*
Signature of plaintiff[1]

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.